UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MARTELL MANZANO,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC.,<br><br>Defendant. | Case No. 1:21-cv-01543-AWI-HBK<br><br>ORDER GRANTING PARTIES' JOINT MOTION TO MODIFY THE CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 12) |

Before the Court is the Parties' joint motion to modify certain deadlines in the operative Case Management and Scheduling Order filed May 12, 2022. (Doc. No. 12). The parties seek to amend various deadlines due to Plaintiff retaining new trial counsel and Plaintiff's inability to sit for a deposition to date. (*Id.*).

For good cause shown, the court may grant a motion to modify or enlarge the deadlines in a court's scheduling order. Fed. R. Civ. P. 16. The Court finds the parties have demonstrated good cause to modify and enlarge certain deadlines in the Case Management and Scheduling Order previously entered by the Court on February 18, 2022 (Doc. No. 11). The Court has further modified the deadlines to conform to the undersigned's as well as the District Court's deadlines and preferences.

Accordingly, it is **ORDERED**:

1. The parties' joint motion to modify the Case Management and Scheduling Order (Doc. No. 12) is GRANTED to the extent set forth below.

2. Any hearings previously scheduled are VACATED and will be CONTINUED to the amended dates set forth below.

3. **Amended Deadlines and Dates**

| Action or Event | Date |
| --- | --- |
| Mid-Discovery Status Conference<br>*Telephonic before Magistrate Judge Barch-Kuchta* | Report Due: 09/29/2022<br>Conference: 10/07/2022 1:00 PM |
| Deadline for completing discovery. *See* Fed. R. Civ. P. 37.<br>***Any motions to compel discovery shall be filed no later than 21-days after the expiration of the due date or receipt of the objectionable discovery.*** | 09/19/2022 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 10/10/2022 |
| Deadline for defendants to disclose expert report(s). | 10/10/2022 |
| Deadline for disclosing any expert rebuttal report(s). | 10/31/2022 |
| Expert discovery deadline. | 12/05/2022 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. The parties each jointly or each submit a notice regarding settlement efforts to Chambers email by this date. | 11/17/2022 |
| Deadline for filing dispositive motions. *See* Fed. R. Civ. P. 56. | 01/09/2023 |
| Deadline for filing the final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rule 281. | 05/04/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. Before Hon. Anthony W. Ishii at 1:30 p.m. | 05/11/2023 |
| Month and year of the trial term. Before Hon. Anthony W. Ishii at 8:30 AM. | 07/11/2023 |

4. All other terms and conditions set forth in the February 18, 2022, Case Management

and Scheduling Order (Doc. No. 11) remain in effect.

Dated:     May 16, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE