UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDA MARTELL MANZANO,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC.,<br><br>Defendant. | Case No.  1:21-cv-01543-AWI-HBK<br><br>ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER<br><br>DEADLINE TO COMPLETE EXPERT DISCOVERY<br><br>FEBRUARY 28, 2023<br><br>(Doc. No. 22) |

Pending before the Court is the Parties' Joint Stipulation to Modify the Scheduling Order filed January 12, 2023.  (Doc. No. 22).  The Parties request to further extend the deadline to complete expert discovery to February 28, 2023 because the expert witnesses are unavailable for depositions until February, after the current expert discovery deadline of January 13, 2023.  (Doc. No. 19).  The Court finds the motion satisfies good cause.  Fed. R. Civ. P. 16(b)(4).

Accordingly, it is **ORDERED**:

1. The Parties stipulated motion to modify the deadline for expert discovery (Doc. No. 22) is GRANTED and the *only* the deadline to complete expert discovery is extended to **February 28, 2023**.

2. The parties remain bound to follow all procedures previously set forth in the Court's

February 18, 2022 Case Management and Scheduling Order (Doc. No. 11) and shall comply with all other amended deadlines set in the May 17, 2022 Order (Doc. No. 13), except for those explicitly amended by this Order.

Dated:     January 19, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE